| | |
|---|---|
| 1 | David P. Matthews |
| | TX No. 13206200 |
| 2 | Jason C. Webster |
| | TX No. 24033318 |
| 3 | **MATTHEWS & ASSOCIATES** |
| | 2905 Sackett St. |
| 4 | Houston, TX 77098 |
| | (713) 522-5250 |
| 5 | (713) 535-7184 facsimile |
| | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 06-5717 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Vivian Forch, Individually and on behalf of Jeffery Forch,<br>　　　　　　Plaintiffs,<br>　　vs.<br>Pfizer Inc., et al.<br>　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Vivian Forch, Individually and on behalf of Jeffery Forch, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: Jan. 12, 2010        MATTHEWS & ASSOCIATES

By: _____
David P. Matthews
*Attorneys for Plaintiffs*

DATED: Jan. 12, 2010        DLA PIPER LLP (US)

By: _____
Michelle W. Sadowsky
*Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 17 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE